October 20, 1975

No. 75–279. Baker et al. v. Owen et al. Affirmed on appeal from D. C. M. D. N. C.